In re Ludwig, Joyce Spruiell; Ellis, Catherine M.; Reavey, Sidney Ellis; Ellis, John M. Jr.; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Fifth Circuit, Nos. 90-CA-0192, 90-CA-0193, 90-CA-0194, 90-CA-0195, 90-CA-0196; Parish of Jefferson, 24th Judicial District Court, Div. “K”, Nos. 313-218, 313-219, 313-220, 313-230, 320-260.
Prior report: La.App., 568 So.2d 133.
Denied.
DENNIS and WATSON, JJ., would grant the writ.